# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| -vs- | ) No. CR-24-414-SLP<br>) |
| AARON LYNCH, | ) Violations: 18 U.S.C. § 2252A(a)(5)(B)<br>)             18 U.S.C. § 2252A(b)(2)<br>) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

### COUNT 1
### (Possession of Material Containing Child Pornography)

On or about November 5, 2022, in the Western District of Oklahoma,

---------------------------------------- **AARON LYNCH** ----------------------------------------

knowingly possessed material containing images of child pornography, including images that involved a prepubescent minor, which had been transported using a means or facility of interstate and foreign commerce, and that were produced using material that had been transported in interstate or foreign commerce.

1

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

ROBERT J. TROESTER
United States Attorney

*/s/ D.H. Dilbeck*

D.H. DILBECK
Assistant United States Attorney