# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: CR-24-414-SLP

Charging Document: **Information**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☑ N ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐   Summons ☐   Notice ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: zh

| Name: **AARON LYNCH** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1994    SSN: 6464 | Race: White    Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐    Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody    ☑ Detention Requested    Complaint: Y ☐ N ☑

☐ Type of Bond: _____    Magistrate Judge Case No.: MJ-

☐ In Custody at: _____    Previously Detained: Y ☐ N ☑

Inmate/Prisoner/Register No.: _____

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   ☐ CJA Panel   ☑ Retained

Name: David Ogle    AUSA: D.H. Dilbeck
Address: 9905 S Pennsylvania Ave, Oklahoma City, OK 73159    Agent/Agency: HSI
Phone: (405) 692-7676    Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(b)(2) | Possession of Material Containing Child Pornography | NMT 20 years imprisonment, $250,000 fine, or both; NMT $22,100 SA; NLT 5 years and up to life S/R |

**Signature of AUSA:** s/ D.H. Dilbeck    **Date:** 09/19/2024